### ZOLL MEDICAL CORPORATION, Plaintiff–Appellant,

v.

### PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, Defendant–Appellee.

No. 2014–1467.

United States Court of Appeals, Federal Circuit.

Aug. 13, 2014.

Kurt Louis Glitzenstein, Adam J. Kessel, BRIAN K. WELLS, Fish & Richard-

son, P.C., Boston, MA, for Plaintiff–Appellant.

Robert Shaffer, J. Michael Jakes, Luke McCammon, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, Denise Whelton Defranco, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Boston, MA, for Defendant–Appellee.

## ON MOTION

### ORDER

The parties submit a joint stipulation to dismiss the above-captioned appeal pursuant to Federal Rule of Appellate Procedure 42(b), which the court treats as a motion to withdraw the appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeal is granted. The appeal is dismissed.

(2) Each party shall bear its own costs.